IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| STROMAN REALTY, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-05-2066 |
| | § | |
| FERNANDO E. GRILLO, Secretary | § | |
| of the Illinois Department of | § | |
| Financial and Professional | § | |
| Regulation, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF TRANSFER

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED that in the interests of justice, this case is TRANSFERRED to the United States District Court for the Northern District of Illinois, pursuant to 28 U.S.C. § 1404(a).

The Clerk will mail a copy of this Order of Transfer to the Clerk of the United States District Court for the Northern District of Illinois, and shall notify all parties and provide them with a true copy of this Order.

SIGNED in Houston, Texas, on this 28th day of February, 2006.


EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE